IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLY KIM, | : |
| Plaintiff, | : Civil Action File No. |
| vs. | : 1:18-cv-03447-JPB |
| KASHU, LLC d/b/a NORI NORI, and KIE SAN LEE, | : |
| Defendants. | : |

## JOINT STATUS REPORT

Pursuant to the Court's Order of August 12, 2019 [Dkt. 39] the Parties report that on August 23, 2019 their respective counsel met to discuss settlement at the offices of Defendants' counsel. The Parties did not reach a settlement.

This 30th day of August 2019.

| | |
|---|---|
| **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC** | **HOWARD R. EVANS & ASSOCIATES** |
| *s/ Kevin D. Fitzpatrick, Jr.* | *s/ Howard R. Evans* |
| Kevin D. Fitzpatrick, Jr. | Howard R. Evans |
| Georgia Bar No. 262375 | Georgia Bar No. 292865 |
| *s/ Matthew W. Herrington* | The Waterford, Suite 216 |
| Matthew W. Herrington | 4488 North Shallowford Road |
| Georgia Bar No. 275411 | Atlanta, GA 30338 |
| | (770) 377-9521 Telephone |
| 2650 Centennial Tower | attorney4hrlaw@gmail.com |
| 101 Marietta Street | |
| Atlanta, GA 30303 | **ISENBERG & HEWITT, P.C.** |
| (404) 979-3150 Telephone | |

| | |
|---|---|
| (404) 979-3170 Facsimile<br>kevin.fitzpatrick@dcbflegal.com<br>matthew.herrington@dcbflegal.com | *s/ Ryan Lance Isenberg*<br>Ryan Lance Isenberg<br>Georgia Bar No. 384899<br><br>6600 Peachtree Dunwoody Road<br>600 Embassy Row, Suite 150<br>Atlanta, GA 30328<br>(770) 351-4400 Telephone<br>ryan@isenberg-hewitt.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLY KIM, | : |
| Plaintiff, | : Civil Action File No. |
| vs. | : 1:18-cv-03447-JPB |
| KASHU, LLC d/b/a NORI NORI, and KIE SAN LEE, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on August 30, 2019, he filed the within and foregoing **JOINT STATUS REPORT** with the Clerk of Court using CM/ECF system which will automatically send notification of such filing to all counsel of record.

**DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

*s/ Kevin D. Fitzpatrick*
Kevin D. Fitzpatrick
Georgia Bar No. 262375

*Counsel for Plaintiff*