UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALLY KIM,

    Plaintiff,

v.

KASHU, LLC d/b/a NORI NORI, and
KIE SAN LEE,

    Defendants.

CIVIL ACTION NO.:
1:18-CV-03447-JPB

## **ORDER**

    This matter comes before the Court on the parties' Joint Motion to Approve FLSA Settlement [Doc. 58]. After review, this Court finds that the Settlement Agreement and Release of Claims is fair, reasonable and just, and therefore, the parties' motion is GRANTED. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release of Claims.

    For docket management purposes, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents.

    The parties are **ORDERED** to file the appropriate documents to dispose of the case within sixty days. Absent an extension or further order of the Court, if no

request to reopen the case is made within the sixty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 11th day of August, 2020.

_____
J. P. BOULEE
United States District Judge