THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLY KIM, | : |
| | :    **Civil Action File No.** |
|    Plaintiff, | : |
| | :    **1:18-cv-03447-JPB** |
| vs. | : |
| | : |
| KASHU, LLC d/b/a NORI NORI, | : |
| and KIE SAN LEE, | : |
| | : |
|    Defendants. | : |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of the above styled case. Except as otherwise agreed, each party shall bear its own attorneys' fees and costs.

Jointly submitted,

| | |
|---|---|
| **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC** | **HOWARD R. EVANS & ASSOCIATES** |
| *s/ Kevin D. Fitzpatrick, Jr.* | *s/ Howard R. Evans* |
| Kevin D. Fitzpatrick, Jr. | Howard R. Evans |
| Georgia Bar No. 262375 | Georgia Bar No. 292865 |
| *s/ Matthew W. Herrington* | The Waterford, Suite 216 |
| Matthew W. Herrington | 4488 North Shallowford Road |
| Georgia Bar No. 275411 | Atlanta, GA 30338 |
| | (770) 377-9521 Telephone |

| | |
|---|---|
| 2650 Centennial Tower<br>101 Marietta Street<br>Atlanta, GA 30303<br>(404) 979-3150 Telephone<br>(404) 979-3170 Facsimile<br>kevin.fitzpatrick@dcbflegal.com<br>matthew.herrington@dcbflegal.com | attorney4hrlaw@gmail.com<br><br>**ISENBERG & HEWITT, P.C.**<br><br>*s/ Ryan Lance Isenberg*<br>Ryan Lance Isenberg<br>Georgia Bar No. 384899<br><br>6600 Peachtree Dunwoody Road<br>600 Embassy Row, Suite 150<br>Atlanta, GA 30328<br>(770) 351-4400 Telephone<br>ryan@isenberg-hewitt.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **ALLY KIM,** | : | |
| | : | **Civil Action File No.** |
| Plaintiff, | : | |
| | : | **1:18-cv-03447-JPB** |
| vs. | : | |
| | : | |
| **KASHU, LLC d/b/a NORI NORI,** | : | |
| **and KIE SAN LEE,** | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that on August 12, 2020, I electronically filed a true and correct copy of the parties' **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all counsel of record.

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

- 3 -